UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PATSY CARTER, )<br>)<br>Plaintiff, )<br>) No. 3:11-0794<br>v. ) Judge Campbell/Bryant<br>)<br>MOVIE GALLERY US, LLC, et al. )<br>)<br>Defendants. ) | |

O R D E R

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

The initial case management conference previously set for **Monday, October 24, 2011, at 9:30 a.m.** is hereby rescheduled for **Monday, September 12, 2011, at 10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to September 12, 2011.

It is so **ORDERED.**

*s/ John S. Bryant*
JOHN S. BRYANT
United States Magistrate Judge